Liane F. Holdowsky

**From:** Michael W. Robertson
**Sent:** Friday, January 18, 2019 2:57 PM
**To:** Riedel, George
**Cc:** # P&L Files Active; Liane F. Holdowsky
**Subject:** RE: Walton, et al v Canal Insurance Company, et al 52701

Thanks George! I will copy you on all removal pleadings.

Mike

*Michael W. Robertson*
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130

Email: mrobertson@perrierlacoste.com
Direct Telephone: (504) 526-1703
Direct Facsimile: (504) 526-1713

THIS IS A CONFIDENTIAL COMMUNICATION. The message and information contained in or attached to this communication is privileged and confidential and intended only for the person named above. If you are not the intended recipient of this message, please delete it immediately without opening any attachments. Please notify the sender, **Michael W. Robertson** Perrier & Lacoste, LLC by telephone at 504-212-8820 or by email at mrobertson@perrierlacoste.com that you received the e-mail in error. Thank you

**From:** Riedel, George [mailto:GRiedel@geico.com]
**Sent:** Friday, January 18, 2019 2:56 PM
**To:** Michael W. Robertson
**Subject:** Walton, et al v Canal Insurance Company, et al

Mike,

To confirm the in writing the details of our conversation this afternoon, GEICO has no objection to removing this case from Civil District Court in Orleans to federal court.

Thank you,

George P Riedel
GEICO Staff Counsel
Law Office of Roberto Arostegui
3510 N. Causeway Blvd., Suite 608
Metairie, LA 70002
504-831-4510 Ext. 5276

==================
This email/fax message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.

1


EXHIBIT
A

Any unauthorized review, use, disclosure or distribution of this email/fax is prohibited. If you are not the intended recipient, please destroy all paper and electronic copies of the original message.