

FILED
NOV - 5 2018
CLERKS OFFICE
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

SECTION 11

NO. 2018-11142                                    DIVISION " G "



**JANARD WALTON, NYISHA WALTON, LEO TATE AND TERRELL DORSEY**

VERSUS

**CANAL INSURANCE COMPANY, S & E TRANSPORT, LLC, JOHN STARKS AND GEICO CASUALTY COMPANY**
(in its capacity as an uninsured/underinsured motorist carrier)

FILED: _____          _____
                                             DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of **JANARD WALTON, NYISHA WALTON AND LEO TATE**, persons of the full age of majority and resident of St. Tammany Parish and **TERRELL DORSEY**, persons of the full age of majority and resident of Orleans Parish, respectfully represents:

1. Defendants are:

**CANAL INSURANCE COMPANY**, a domestic / foreign insurer licensed to and doing business in the State of Louisiana;

**S & E TRANSPORT, LLC**, a domestic / foreign insurer licensed to and doing business in the State of Louisiana;

**JOHN STARKS**, a person of the full age of majority and resident of Sabine Parish, State of Louisiana; and

**GEICO CASUALTY COMPANY (in its capacity as an uninsured/underinsured motorist carrier,** a domestic / foreign insurer licensed to and doing business in the State of Louisiana.

2. Defendants are liable and indebted to Petitioners for such damages as are reasonable in the premises, including property damage, rental expenses, property damage, loss of use and/or

CHELSEY RICHARD NAPOLEON
CLERK CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

Receipt Date        11/13/2018 5:54:00 PM
Cashier             cvaughn
Register            CDC Cash Register 3
Case Number         2018-11142
Grand Total         $530.00
Amount Received     $530.00
Balance Due         $0.00

Payment/Transaction List
Check # 5708 $530.00

|                           | Bal    |        |       |
|---------------------------|--------|--------|-------|
| Petition for Damages      | $444.50| $444.50| $0.00 |
| Fax Fees                  | $15.00 | $15.00 | $0.00 |
| Judicial College          | $0.50  | $0.50  | $0.00 |
| Building Fund Fee         | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee        | $10.00 | $10.00 | $0.00 |
| JSC                       | $25.00 | $25.00 | $0.00 |
| Supreme Court Proc essing Fee | $10.00 | $10.00 | $0.00 |



EXHIBIT B



VERIFIED
[signature] 11-14-18

depreciation of vehicle, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, loss of consortium together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following:

3.

On or about **November 6, 2017** an accident occurred at the intersection of Calliope and Tchoupitoulas Streets in New Orleans. A vehicle owned by **NYISHA WALTON** and operated by **JANARD WALTON** was lawfully traveling on Calliope St. **NYISHA WALTON, LEO TATE AND TERRELL DORSEY** were passengers in the vehicle operated by **JANARD WALTON** A vehicle owned by **S & E TRANSPORT, LLC** and operated by **JOHN STARKS** was also traveling on Calliope Street. **JOHN STARKS** negligently made an improper turn and struck the vehicle occupied by Petitioners, causing them severe and disabling injuries.

4.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendant, **JOHN STARKS**, which is attributed to but not limited to the following non-exclusive particulars:

a) Making an improper turn;

b) Improper lane usage;

c) Failure to yield;

d) Failure to see what a reasonable driver should have seen;

e) Failure to keep a good and careful lookout;

f) Failure to maintain reasonable and proper control while operating the vehicle;

g) Driving at a speed greater than was reasonable and prudent under the circumstances;

h) Operating the vehicle in a careless and reckless manner without regard for the safety of others;

  i)  Any and all other acts of negligence which may be proven at the trial of this matter.

5.

As a result of the above referenced accident and negligence of the defendant, **JANARD WALTON, NYISHA WALTON, LEO TATE AND TERRELL DORSEY** suffered severe and disabling injuries and are entitled to recover such damages as are reasonable in the premises.

6.

At all relevant times, **CANAL INSURANCE COMPANY** provided a policy of liability insurance on the vehicle owned by **S & E TRANSPORT, LLC** and operated by **JOHN STARKS**, on the date of this accident, which provided coverage for the type of loss sued upon, thus rendering **CANAL INSURANCE COMPANY**, liable to Petitioners with the other named defendants.

7.

On information and belief, at all relevant times **JOHN STARKS** was acting in the course and scope of employment with **S & E TRANSPORT, LLC**, or acting on a mission or errand or on behalf of **S & E TRANSPORT, LLC**, thus rendering **S & E TRANSPORT, LLC** liable to Petitioners along with all other named defendants.

8.

On information and belief, Defendant, **S & E TRANSPORT, LLC AND JOHN STARKS**, were underinsured; and therefore, are unable to compensate Petitioners, **JANARD WALTON, NYISHA WALTON, LEO TATE AND TERRELL DORSEY**, and for their damages. At all relevant times, **GEICO CASUALTY COMPANY** provided a policy of uninsured / underinsured motorist insurance on the vehicle owned by **NYISHA WALTON** and operated by **JANARD WALTON** on the date of this accident, which provided coverage for the type of loss sued upon, and/or provided available coverage including med-pay, thus rendering **GEICO CASUALTY COMPANY**, liable to Petitioners, **JANARD WALTON, NYISHA WALTON, LEO TATE AND TERRELL DORSEY**, with the other named defendants.

3

Therefore, Petitioners pray that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioners and against the defendants, jointly and in solido in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, rental expenses, property damage, loss of use and/or depreciation of vehicle, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, loss of enjoyment of life, and penalties and attorney's fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners pray for all general and equitable relief.

Respectfully submitted:

_____
Brian King, La. Bar #24817
Jason F. Giles, La. Bar #29211
Anthony J. Milazzo, III, La. Bar #29631
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470

4

**PLEASE SERVE:**

**JOHN STARKS**
1350 Park
Florien, LA 71429

**S & E TRANSPORT, LLC**
Through their Registered Agent for Service of Process:
Allissa Sims
234 E. Millsap Rd. Ste. 200
Fayetteville, AR 72703

**CANAL INSURANCE COMPANY**
Through their Registered Agent for Service of Process:
Through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**GEICO CASUALTY COMPANY**
Through their Registered Agent for Service of Process:
8585 Archives Ave.
Baton Rouge, LA 70809