UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANARD WALTON, ET AL. | CIVIL ACTION |
| VERSUS | NO. 19-569 |
| CANAL INSURANCE COMPANY, ET AL. | SECTION "R" |

### ORDER DISMISSING CASE

On March 31, 2020, the Court issued an order[1] directing plaintiffs to submit, in writing, no later than April 17, 2020, a joint statement regarding future representation and the steps they are taking to secure new counsel. The order informed the plaintiffs that failure to submit the required statement by the deadline could result in the imposition of the appropriate sanctions, including dismissal of the complaint.

As of this date, the record does not reflect a joint statement or any filing by the plaintiffs in response to the Court's order.

Accordingly,

**IT IS ORDERED** that the plaintiffs' complaint is hereby DISMISSED without prejudice for failure to comply with the Court's order.

New Orleans, Louisiana this 27th day of April, 2019.

_Sarah Vance_
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 18.